THE NITRO POWDER COMPANY, Appellant, *v.* MARX & RAWOLLE, Respondent.

*Nitro Powder Co.* v. *Marx & Rawolle,* 148 App. Div. 571, affirmed.

(Argued October 7, 1914; decided October 23, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 9, 1912, which affirmed a judgment in favor of the defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for an alleged breach of contract.

*Arthur C. Connelly, Howard Chipp* and *E. Metzger* for appellant.

*Warren Bigelow* and *Alfred W. Varian* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.